# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Wake, Neil V. | 2. Court or Organization  U.S. District Court, Arizona | 3. Date of Report  8/26/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013  to  12/31/2013 |

| 7. Chambers or Office Address  401 W. Washington St., SPC 52  Phoenix, AZ 85003 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Law Offices of Neil Vincent Wake Money Purchase Plan (I am sole beneficiary) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/26/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Arizona College of Law | September 16, 2013 | Tucson, AZ | Speack at law school | Hotel room (1 night) |
| 2. | State Bar Association of Arizona | July 17-19, 2013 | Coronado, CA | Speak at continuing legal education program | Travel and hotel room (2 nights) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/26/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | Morgan Stanley | Portfolio Loan Account | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo accounts | A | Interest | J | T | | | | | |
| 2. Apache Peak Inv., LLC | | None | M | U | | | | | |
| 3. Whetstone Dev. Co. (common stock) (X) | | None | J | U | | | | | |
| 4. Interstate Ventures V Ltd. Ptshp | | None | J | U | | | | | |
| 5. IRA # 1 | | | | | | | | | |
| 6. --MS Charter Campbell LP | | None | | | Sold | 08/13/13 | J | A | |
| 7. --MS CharterMSFCM LP | | None | | | Sold | 08/13/13 | J | A | |
| 8. --MS Charter Grahan LP | | None | | | Sold | 08/13/13 | J | A | |
| 9. --BlackrockGlobal Allocation C (transfer from IRA # 6) | A | Dividend | L | T | | | | | |
| 10. --Morgan Stanely Liquid Assets Fund (transfer from IRA # 6) | A | Dividend | J | T | | | | | |
| 11. UTMA Acct # 3 | | | | | | | | | |
| 12. --Morgan Stanley Bk Deposit | A | Interest | J | T | | | | | |
| 13. BROKERAGE ACCT # 3 | | | | | | | | | |
| 14. --SEI Tax-Free Fund (MM) | A | Dividend | | | Sold | 12/20/13 | J | A | |
| 15. --SEI Intermediate-Term Municipal Fund (Mut Fd) | A | Dividend | | | Sold | 12/20/13 | J | A | |
| 16. --SEI Short Duration Munical Fd | A | Dividend | | | Sold | 12/20/13 | K | | |
| 17. --STET Tax-Advantaged Income Fd # 19 | A | Dividend | | | Sold | 12/20/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --SEI Tax Managed Volatility Fd | A | Dividend | | | Sold | 12/20/13 | J | A | |
| 19. --SEI Real Esate Fd | A | Dividend | | | Sold | 12/20/13 | J | A | |
| 20. ING USA Annuity & Life Ins Co (annuity) | | None | N | T | | | | | |
| 21. Amer. Inv. Life Ins. (AVIVA) Co. (annuity) | | None | N | T | | | | | |
| 22. BROKERAGE ACCT # 4 | | | | | | | | | |
| 23. --SEI Intermed. Term Municipal Fd | A | Dividend | J | T | | | | | |
| 24. --Cisco Systems Inc (common) | A | Dividend | J | T | | | | | |
| 25. --SEI Short Duration Municipal Fd | A | Dividend | J | T | | | | | |
| 26. --STET Tax-Advantaged Income Fd # 19 | A | Dividend | J | T | | | | | |
| 27. --SEI Tax Managed Volume Fd | A | Dividend | J | T | | | | | |
| 28. --SEI RealEsate Fd | A | Dividend | J | T | | | | | |
| 29. --SEI Tax-Free Fd | A | Dividend | J | T | | | | | |
| 30. American Realty Capital (common stock)-- sold 12-16-12 and overlooked | | | | | Sold | 01/02/13 | M | E | |
| 31. Amer Realty Capital Trust IV REIT | C | Dividend | L | W | Buy | 02/05/13 | L | | |
| 32. New York Recovery REIT | B | Dividend | L | W | Buy | 07/01/13 | L | | |
| 33. Business Dev Corp of America | B | Dividend | M | W | Buy | 07/16/13 | L | | |
| 34. Healthcare Trust of America (common stock) | C | Dividend | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/26/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --same | | | | | Sold | 06/13/13 | L | D | |
| 36. ARC Trust III Inc. (stock) | B | Dividend | K | T | Sold | 06/12/13 | L | E | |
| 37. Griffin-Americna Healthcare REIT II | D | Distribution | M | W | | | | | |
| 38. Jackson Nat. Life Ins. Co. (annuity) | | None | P1 | T | | | | | |
| 39. Pinal County, AZ, land | | None | L | W | | | | | |
| 40. Mohave County, AZ, land | | None | J | W | | | | | |
| 41. Nationwide Life Ins.--adjustible life ins | | None | K | T | | | | | |
| 42. Section 529 Account | | | | | | | | | |
| 43. --Ivy Capital Apprec. E (420) | C | Distribution | L | T | | | | | |
| 44. IRA # 5-- | | | | | | | | | |
| 45. --Aviva Life and Annuity Co (annuity) | | None | N | T | | | | | |
| 46. Trust # 5 (beneficiaries) | | | | | | | | | |
| 47. --SEI Prime Obligation Fund | A | Dividend | L | T | | | | | |
| 48. BROKERAGE ACCT # 6 | | | | | | | | | |
| 49. --Invesco Growth & Inc A (formerly Van Kampen Grw & Inc A) | B | Dividend | K | T | | | | | |
| 50. --Ivy Large Cap Grw A Fd | D | Distribution | K | T | | | | | |
| 51. --Amer Balanced Fd | B | Dividend | L | T | Sold (part) | 01/29/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Morgan Stanley Bk Dep | | | J | T | Buy | 01/29/13 | J | | |
| 53. Callon Petroleum Co (common) | | None | J | T | | | | | |
| 54. BROKERAGE ACCT # 9 | | | | | | | | | |
| 55. --Morgan Stanley Bank | A | Int./Div. | K | T | | | | | |
| 56. --MFS Total Return A | A | Dividend | K | T | | | | | |
| 57. --Blackrock Equity Dividend A | A | Dividend | K | T | | | | | |
| 58. --Eaton Vance Tax-Advantaged Bond Strategy | A | Distribution | L | T | | | | | |
| 59. --Fidelity Adv New Insights A | D | Distribution | K | T | | | | | |
| 60. IRA # 7 | C | Dividend | M | T | | | | | |
| 61. --Morgan Stanley Bank | A | Int./Div. | K | T | | | | | |
| 62. --Invesco Premier PTF Instl (MM) | A | Dividend | J | T | | | | | |
| 63. --Am Growth Fd of Amer F | A | Dividend | L | T | Buy (add'l) | 08/16/13 | J | | |
| 64. --Gabelli EQ Inc AAA | B | Dividend | L | T | Buy (add'l) | 08/16/13 | J | | |
| 65. --MS Charter Aspect LP | | | | | Sold | 08/13/13 | J | A | |
| 66. --MS Charter Graham A LP | | | | | Sold | 08/13/13 | J | A | |
| 67. --MS Charter WCM LP | | | | | Sold | 08/13/13 | J | A | |
| 68. --First Eagle Global A | B | Dividend | L | T | Buy (add'l) | 08/16/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.    --Nuveen Santa Barbara Div Growth A | B | Dividend | L | T | Buy (add'l) | 08/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wake, Neil V. | 8/26/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Neil V. Wake**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544